

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Martha Mourning, FNP and
Khavar Dar, MD,

Vs. No. 11-22-00277-CV

George Muns,

* From the 358th District Court
  of Ector County,
  Trial Court No. D-22-04-0401-CV.

* October 24, 2024

* Memorandum Opinion by Bailey, C.J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we reverse the order of the trial court and remand this cause to the trial court for further proceedings. The costs incurred by reason of this appeal are taxed against George Muns.